DIF

U.S.M.J. STEVEN M. GOLD                    DATE: 06/15/07

## CRIMINAL CAUSE FOR PLEADING

USA -v- __Yauri__                    Docket No.: __07__-CR-__400 (SJ)__

Defendant: __Luis H. Yauri__

    __X__ present   ___ not present     ___ custody   __X__ bail

Def. Counsel: __Mario Maluba__

    __X__ present   ___ not present     ___ CJA   ___ FD   __X__ Retained

AUSA: __Bonnie Klapper__                    Clerk/Deputy: Erin O'Connor / (John Balzano)

Interpreter: __Estrellita Ptested__          Language: __Spanish__

FTR/Time __(10:17 - 10:49)__                Reporter: _____

__X__ Case Called
___ Defendant's First Appearance
___ Defendant: ~~Sworn   Arraigned   Informed of Rights~~ Def. previously arraigned.
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued: _____
___ Defendant Enters Guilty/Not Guilty Plea to Count(s) ____ of the (Superceding) Indictment/Information
__X__ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) __1__ of the (Superceding) (Indictment)/Information
__X__ Court Finds Factual Basis for the Plea
___ Sentencing Set for ___/___/___ at _____
__X__ Sentencing to be Set by Probation
___ Bail/Bond: ___ Set  __X__ Continued for Defendant  ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
__X__ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.
__X__ Transcript Ordered
___ Other: _____