| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 07-CR-0400-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 4:10CR50267-RCC-DTF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Luis Yauri<br><br>In Custody | Eastern District of New York | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Sterling Johnson, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/16/2009 | TO 12/15/2012 |

OFFENSE

18 U.S.C. § 1956(a)(2)(B)(i), Knowingly Transmitting and Transferring Proceeds of Illegal Narcotics Trafficking, a Class C Felony

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 09 2010 ★
BROOKLYN OFFICE

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Arizona_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/29/10
*Date*

*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ARIZONA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-22-10
*Effective Date*

*United States District Judge*